IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT ELIEZER MARTINEZ, : | |
| : | |
| Plaintiff : | |
| : | CIVIL NO. 1:CV-16-1474 |
| vs. : | |
| : | (Judge Caldwell) |
| ROBERT STEVENS, *et al.*, : | |
| : | |
| Defendants : | |

*O R D E R*

And now, this 26th day of January, 2017, it is ordered that Plaintiff's Motion for Appointment of Counsel (ECF No. 19) is denied.

                                             /s/ William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge